JS6

STEPHEN M. HAYES (SBN 83538)
CHERIE M. SUTHERLAND (SBN 217992)
HAYES SCOTT BONINO
ELLINGSON & GUSLANI LLP
333 Twin Dolphin Drive, Suite 230
Redwood City, California 94065
Telephone: (650) 637-9100
Email: shayes@hayesscott.com
csutherland@hayesscott.com
Attorneys for Defendant
STATE NATIONAL INSURANCE COMPANY

JERRY J. HOWARD (SBN 207206)
ADAM T. CARRALEJO (SBN 277617)
THYNE TAYLOR FOX HOWARD, LLP
205 East Carrillo Street, Suite 100
Santa Barbara, California 93101
Telephone: (805) 963-9958
Email: jhoward@ttfhlaw.com
acarralejo@ttfhlaw.com
Attorneys for Plaintiff
RAYMOND MAHABOOB

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MAHBOOB, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STATE NATIONAL INSURANCE COMPANY, a Texas Corporation; SUREPRODUCTS, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-08857-RGK-AFM<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [20]**<br><br>[Fed. Rule Civ. Proc., Rule 41(a)(1)] |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) with each party bearing their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 7, 2023

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE
CENTRAL DISTRICT OF CALIFORNIA